```
                  IN THE UNITED STATES DISTRICT COURT

                FOR THE EASTERN DISTRICT OF CALIFORNIA


Y.L., on behalf of J.T.,
         Plaintiffs,                  No. 2:14-cv-1364 JAM AC

    v.
                                      RECUSAL ORDER
MANTECA UNIFIED SCHOOL DISTRICT,
et al.,
         Defendants.
_____  /
```

Upon examination of the above-captioned action, the undersigned judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED

DATED:  June 6, 2014

/s/ John A. Mendez_____
HON.  JOHN A. Mendez
United States District Judge