1  Rodney L. Levin, SB#169360
   Eliza J. McArthur, SB#152312
2  MCARTHUR & LEVIN, LLP
   637 North Santa Cruz Avenue
3  Los Gatos, CA  95030
   (408) 741-2377 (Telephone)
4  (408) 741-2378 (Facsimile)

5  ATTORNEYS FOR DEFENDANTS
   MANTECA UNIFIED SCHOOL DISTRICT
6  and SAN JOAQUIN COUNTY OFFICE OF EDUCATION

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9                              SACRAMENTO DIVISION

| | |
|---|---|
| Y.L., on behalf of J.L., ) | Case No.: 2:14-cv-01364-WBS-AC |
| ) | |
| Plaintiffs, ) | REQUEST AND STIPULATION TO STAY |
| vs. ) | THIS MATTER PENDING RESOLUTION |
| ) | OF RELATED EASTERN DISTRICT |
| MANTECA UNIFIED SCHOOL DISTRICT ) | CASE NO. 2:14-cv-01842-WBS-EFB; |
| and SAN JOAQUIN COUNTY OFFICE ) | AND [~~PROPOSED~~] ORDER |
| OF EDUCATION, ) | |
| ) | |
| Defendants. ) | |

The parties in the above-referenced matter, by and through their attorneys, hereby request and stipulate to stay this matter pending resolution of (related) Eastern District Case No. 2:14-cv-01842-WBS-EFB.

Plaintiffs in this action filed a special education administrative due process complaint against the defendants in this action with the California Office of Administrative Hearings ("OAH") (OAH Case No. 2013110831).  That matter proceeded to hearing, and a decision (the "Decision") was issued by OAH on May 7, 2014.  A copy

of this Decision has been filed by plaintiffs in this action as Docket #1-4. Plaintiff contends that he prevailed on a portion of the issues in Decision.

The within action was filed on June 4, 2014.

On August 5, 2014, plaintiff filed an appeal of a portion of the issues he did not prevail upon in the Decision. That action is currently pending in this Court and is identified as *J.L. v. Manteca Unified School District and San Joaquin County Office of Education*, Eastern District Case No. 2:14-cv-01842-WBS-EFB. That case involves the same parties as the within case. On November 18, 2014, the defendants in Case No. 2:14-cv-01842-WBS-EFB filed a cross-appeal of the issues that underlie plaintiff's fees request in the within action. Case No. 2:14-cv-01842-WBS-EFB is currently pending and has not yet been decided.

The parties agree that the issue of fees presented in this case should not be litigated until a decision on the appeal of the issues underlying the fee request, presented in Case No. 2:14-cv-01842-WBS-EFB is decided. Consequently, the parties request a stay of this action until completion of Case No. 2:14-cv-01842-WBS-EFB, pursuant to this Court's inherent stay powers as enumerated in *Landis v. North American Co.* 299 U.S. 248, 254-255 (1936); See also, *J.D. v. West-Linn Wilsonville School District* 2013 U.S.Dist.LEXIS 110765 (D. Ore. 2013).

IT IS SO STIPULATED.

Dated: January 14, 2015                    Respectfully submitted,

                                           MCARTHUR & LEVIN, LLP


                                           /s/ Rodney L. Levin
                                           By: Rodney L. Levin,
                                           Attorney for Defendants

Dated: January 14, 2015                    /s/ Evan Goldsen
                                           By:  Evan Goldsen
                                           Attorney for Plaintiff

## ORDER

This action is hereby stayed pending the outcome of *J.L. v. Manteca Unified School District and San Joaquin County Office of Education*, Eastern District Case No. 2:14-cv-01842-WBS-EFB. The Case Management Conference date of February 2, 2015 is vacated. A new Case Management Conference date will be set, if necessary, following conclusion of *J.L. v. Manteca Unified School District and San Joaquin County Office of Education*, Eastern District Case No. 2:14-cv-01842-WBS-EFB.

IT IS SO ORDERED.

Dated:  January 15, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE