Evan Goldsen, SBN 257775
SPECIAL EDUCATION COLLABORATION PROJECT
1829 Market Street Suite 210
San Francisco, CA 94103
Attorneys for Plaintiffs
Phone: 415.864.4352
Fax: 415.276.1840
E-mail: eg@specialedcollaboration.net

ATTORNEYS FOR PLAINTIFFS

Rodney L. Levin, SB#169360
Eliza J. McArthur, SB#152312
MCARTHUR & LEVIN, LLP
637 North Santa Cruz Avenue
Los Gatos, CA  95030
(408) 741-2377 (Telephone)
(408) 741-2378 (Facsimile)

ATTORNEYS FOR DEFENDANTS, MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| Y.L., on behalf of J.L.<br><br>     Plaintiffs,<br><br>  v.<br><br>MANTECA UNIFIED SCHOOL DISTRICT and SAN JOAQUIN COUNTY OFFICE OF EDUCATION<br><br>     Defendants. | **Case No.: 2:14-cv-01364-WBS-AC**<br><br>**REQUEST AND STIPULATION TO LIFT STAY ORDER AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER** |

**REQUEST AND STIPULATION TO LIFT STAY ORDER AND [PROPOSED] ORDER**[1]

The parties in the above-referenced matter, by and through their attorneys, hereby jointly move the Court for an order lifting the stay granted by this Court on January 15, 2015.

On June 4, 2014, plaintiffs filed a Complaint and Petition for Attorneys' Fees, Expenses, and Costs. Compl., ECF No.1. On January 14, 2015, the parties jointly moved to stay plaintiffs' Complaint seeking attorneys' fees and costs pending resolution of the merits of the appeal in the matter of *J.L. v. Manteca Unified School District and San Joaquin County Office of Education,* Case No. 2:14-cv-01842-WBS-EFB. Request and Stipulation to Stay Matter, ECF 15. On January 15, 2015, this Court granted the parties' Request to Stay and stayed this action pending the outcome of Case No. 2:14-cv-01842-WBS-EFB. Order Granting Stay, ECF 16. On June 14, 2016, United States District Judge William B. Shubb entered a judgment in Case No. 2:14-cv-01842-WBS-EFB, thus there is no longer a need to stay the action before this Court. *See* Memorandum and Order re: Cross-Motions for Summary Judgment, *J.L. v. Manteca Unified School District and San Joaquin County Office of Education,* Case No. 2:14-cv-01842-WBS-EFB, ECF 36.

The circumstances that prompted the Court to stay this action on January 15, 2015 have since resolved. Thus, the stay is no longer necessary or appropriate. Accordingly, the parties request an order from the Court lifting the stay. Plaintiff will refile his Application for Attorneys' Fees and Memorandum of Points and Authorities in Support of his Application for Attorneys' Fees within 30 days of the order lifting the stay in the above captioned matter.

IT IS SO STIPULATED

**REQUEST AND STIPULATION TO LIFT STAY ORDER AND [PROPOSED] ORDER**[2]

Dated: August 25, 2016          /s/ Rodney L. Levin
                                Rodney L. Levin,
                                Attorney for defendants


Dated: August 25, 2016          /s/ Evan B. Goldsen
                                Evan B. Goldsen,
                                Attorney for plaintiffs

## ORDER

The January 15, 2015 order staying this matter is hereby lifted. A Memorandum and Order was issued on June 14, 2016 in *J.L. v. Manteca Unified School District and San Joaquin County Office of Education,* Case No. 2:14-cv-01842-WBS-EFB, a related matter. As a result, the circumstances that prompted the Court to stay this action on January 15, 2015 have since resolved. Thus, the stay is no longer necessary or appropriate. Plaintiff shall re-file his Application for Attorneys' Fees and Memorandum of Points and Authorities in Support of his Application for Attorneys' Fees within 30 days of this order lifting the stay in the above captioned matter.

IT IS SO ORDERED.

Dated: August 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**REQUEST AND STIPULATION TO LIFT STAY ORDER AND [PROPOSED] ORDER**[3]